IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL D. AMMERMAN,

    Petitioner,

    v.

Case No. 17-cv-684-slc

MICHAEL A. DITTMANN, Warden,
Columbia Correctional Institution,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Paul Ammerman's petition for a writ of habeas corpus pursuant to Rule 4 of the Rules Governing Section 2254 Cases for his failure to state a plausible claim for relief.

| /s/ | 8/17/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |