IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL D AMMERMAN,
Petitioner,

Case No 17-cv-684-slc

v.

MICHAEL A. DITTMANN, Warden
Columbia Correctional Institution
Respondent.

## PETITION FOR A CERTIFICATE OF APPEALABILITY OR MOTION TO APPEAL

NOW COMES, Paul D Ammerman, Pro se litigant, hereby gives notice that a Certificate of Appealability be awarded to him, so he can appeal the decision from Honorable Magistrate Stephen L. Crocker. Who decided on August 14, 2020 in denying Ammerman's petition for a Writ of Habeas Corpus.

Ammerman requests that if his Motion for Reconsideration is accepted then this Motion/Petition is moot.

DATED: 8-22-20

SIGNATURE: /s/ Paul Ammerman

Paul D. Ammerman
Columbia Correctional Institution
P.O. Box 900
Portage, WI. 53901-0900