IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL D. AMMERMAN,

    Petitioner,

v.

MICHAEL DITTMANN,

    Respondent.

ORDER

Case No. 17-cv-684-slc
App. No. 20-2596

Petitioner Paul D. Ammerman has filed a notice of appeal from the court's August 17, 2020 order. To date, however, petitioner has not paid the appellate docketing fee. Although petitioner has filed a motion for leave to proceed without payment of the appellate filing fee, petitioner has not filed a certified trust fund account statement (or institutional equivalent) as required by the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider petitioner's motion at this time.

ORDER

IT IS ORDERED that petitioner Paul D. Ammerman may have until September 16, 2020 to either (1) pay the $505 appellate docketing fee; or (2) submit a certified trust fund account statement for the six-month period preceding the filing of the appeal in compliance with 28 U.S.C. § 1915(a)(2). Failure to comply as directed may result in the dismissal of this appeal.

Entered this 26th day of August, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge